UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| AMERICAN ACCESSORIES INTERNATIONAL, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 3:15-CV-49-TAV-HBG |
| CONOPCO, INC. d/b/a UNILEVER, and UNILEVER UNITED STATES, INC., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

This civil action is before the Court on the parties' Joint Motion to Extend Deadlines [Doc. 14]. On February 25, 2015, defendants filed a motion to dismiss plaintiff's complaint [Doc. 5]. Plaintiff filed an amended complaint on March 23, 2015 [Doc. 9], and defendants filed another motion to dismiss on April 9, 2015 [Doc. 10]. The parties now jointly move the Court to alter the briefing schedule set by Local Rule 7.1.

The parties request to move plaintiff's response deadline to May 8, 2015, and defendants' reply deadline to May 22, 2015. In support, the parties state that plaintiff's lead counsel will be out of the country with limited ability to work for a significant portion of plaintiff's response time.

For good cause shown, and in light of the parties' agreement, the joint motion [Doc. 14] is **GRANTED**. Plaintiff shall have up to and including **May 8, 2015**, to

respond to the motion to dismiss, and defendants shall have up to and including **May 22, 2015**, to file any reply.  The Court also hereby **DISMISSES as moot** defendants' initial motion to dismiss [Doc. 5].

    IT IS SO ORDERED.

                                        s/ Thomas A. Varlan
                                        CHIEF UNITED STATES DISTRICT JUDGE